**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Carrillo,<br><br>        Plaintiff,<br><br>v.<br><br>Lucid Group Incorporated, et al.,<br><br>        Defendants. | No. CV-25-02991-PHX-KML<br><br>**ORDER** |

      Plaintiff Judy Carrillo filed this suit naming as defendants Lucid Group Inc., Lucid Motor Group, Lucid Factory, and Lucid Factory PWT. (Doc. 1.) The complaint contains effectively no factual allegations, It alleges only that defendants committed wrongs such as "intellectual property theft, uncompensated stolen ideas/company, securities fraud, [and] embezzlement." (Doc. 1 at 4.) For relief, Carrillo requests Lucid "turn over the company to [her] as it was [her] stolen idea they took and monetized with no authority to do so." (Doc. 1 at 4.)

      "A patently insubstantial complaint may be dismissed . . . for want of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)." *Neitzke v. Williams*, 490 U.S. 319, 327 n.6 (1989). The allegations that defendants stole the "idea" of Lucid Motors from Carrillo and that the "company" must be turned over to her are patently insubstantial.

/
/
/

1  Accordingly,

2  **IT IS ORDERED** the complaint (Doc. 1) is **DISMISSED WITHOUT LEAVE**
3  **TO AMEND**. The Clerk of Court shall enter judgment and close this case.

4  **IT IS FURTHER ORDERED** the Application (Doc. 2) is **DENIED AS MOOT**.

5  Dated this 20th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge